Decided March 12, 2004

## NANCY BURTON *v.* STATEWIDE GRIEVANCE COMMITTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 80 Conn. App. 536 (AC 23557), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Nancy Burton*, pro se, in support of the petition.

*Michael P. Bowler*, assistant bar counsel, in opposition.

Decided March 12, 2004